ELECTRICAL POWER STORAGE COMPANY (Limited) *Appellant, v.* WALTER B. WHITING and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

SAME *v.* SAME.— Order affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THE WEST SIDE AND YONKERS RAILWAY COMPANY *v.* THE COMMISSIONERS OF TAXES AND ASSESSMENTS OF THE CITY OF NEW YORK. — Order of commissioners reversed. Opinion by BRADY, J.

THE FIRST NATIONAL BANK OF MONTROSE, *Respondent v.* WILLIAM B. HARWOOD, *Appellant, Impleaded, etc.* — Order reversed, without costs, on appellant stipulating not to sue for false imprisonment. Opinion by DAVIS, P. J.

MARIA C. BOSCHART, *Respondent, v.* CHARLES KOCH, *Appellant.* — Judgment affirmed, with costs. Opinion by DANIELS, J.

MARY O'HARA and another, *Appellants, v.* WILLIAM H. DUDLEY and another, *Respondents* — Judgment affirmed, costs of appeal of both parties to be paid out of the fund. Opinion by DAVIS, P. J.

IN THE MATTER OF THOMAS McKENNA. — Decree affirmed, costs of appeal of both parties to be paid out of the fund. Opinion by DAVIS, P. J.

HENRY A. BARNUM, *Appellant, v.* OSCAR TOMAGNO, *Respondent.* — Judgment affirmed, with costs. Opinion by DANIELS, J.

THEODORE H. KNOX, *Appellant, v.* JOHN D. HUTCHINSON, *Respondent.* — Order affirmed, with costs. Opinion by BRADY, J.

ALFRED L. SIMONSON, *Respondent, v.* WILLIAM ELMER, *Appellant.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by DAVIS, P. J.

MILTON H. ROBERTSON, *Respondent, v.* SAMUEL SCHUYLER, *Appellant.* — Judgment reversed and a new trial ordered, with costs to abide the event, unless plaintiff stipulate within twenty days after notice of decision to deduct the sum mentioned in opinion, with interest from the amount of the judgment, in which event the judgment as so modified affirmed, without costs. Opinion by DANIELS, J.

JOHN ROACH and others, *Respondents, v.* ISAAC F. DUCKWORTH, *Appellant.* — Judgment affirmed, with costs. Opinion by DAVIS, P. J.

JOSEPH J. KITTLE and others, *Respondents, v.* DANIEL J. O'BRIEN, *Appellant.* — Order affirmed, with ten dollars costs and disbursements.

ANTHERA MANUFACTURING COMPANY, *Respondent, v.* WILLIAM H. BURTON and another, *Appellants.* — Order affirmed, with ten dollars costs and disbursements to abide event.

IN THE MATTER OF CHARLES OSTER. — Order reversed, motion granted, with ten dollars costs and disbursements to abide event.